**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Luis Dimas          JOINT DEBTOR:                          CASE NO.:
Last Four Digits of SS# 6415  Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 602.18  for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650  TOTAL PAID $ 1500  Balance Due $ 2150
    payable $ 53.75 /month (Months 1 to 40)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Pebblebrook Homeowners Association    Arrearage on Petition Date  $7371.00
Address: c/o Frank Perez-Siam, PA    Arrears Payment   $ 122.85/month (Months 1 to 60)
7001 SW 87 Court    Regular Payment   $ 100.00 /month (Months 1 to 60)
Miami, FL 33173
Account No: 3750

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Autocar Financial LLC Account No: 0507-1 | 2013 Hyundai Sonata $12,785.00 | 5.25% | $242.74 | 1 To 60 | 12,785.00 at 5.25% for a total payment of $14,564.15 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due  $
   Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 22.63/month (Months 1 to 40) and Pay $ 76.38 /month (Months 41 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor shall make all contractual payments for 4117 NE 25 Court, Homestead, FL 33033, to Chase Mortgage.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for Debtor                            Joint Debtor
Date: 04-7-2017                                    Date:

LF-31 (rev. 01/08/10)