UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:  
LUIS MANUEL DIMAS aka  
LUIS DIMAS,

    Debtor.  
_____/

Case No.: 17-14352-AJC  
Chapter 13

**PEBBLEBROOK HOA , INC.'S**  
**NOTICE OF PAYMENT CHANGE OF MONTHLY MAINTENANCE ASSESSMENT**

Pebblebrook HOA, Inc. ("Association"), by and through counsel, hereby gives notice of the following payment change on the monthly maintenance assessment ("Assessment") due from the Debtor to the Association as follows:

    a.    Commencing January 1, 2020, the Assessment was $115.00.

The Association requests that the necessary action be taken to ensure that the correct payments are provided for by the Debtor.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on this 1st day of June, 2020 to:  Robert Sanchez, Esq., 355 W. 49th Street, Hialeah, Florida 33012, (court@bankruptcyclinic.com), and Nancy K. Neidich, Chapter 13 Trustee, POB 279806, Miramar, Florida 33027.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

    SIEGFRIED RIVERA  
    Attorneys for Association  
    201 Alhambra Circle, 11th Floor  
    Coral Gables, FL 33134  
    Telephone: 305-442-3334  
    Fax: 305-443-3292  
    jberlowitz@siegfriedrivera.com

    BY:/s/ Jeffrey S. Berlowitz, Esq.  
    Jeffrey S. Berlowitz, Esq.  
    Florida Bar No. 963739

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:  Case No.: 17-14352-AJC
LUIS MANUEL DIMAS aka  Chapter 13
LUIS DIMAS,

        Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 1, 2020, a true and correct copy of Secured Creditor's Notice of Payment Change of Monthly Maintenance Assessment, was served upon all registered users via the Court's CM/ECF notification, Electronic Mail to: Robert Sanchez, Esq., 355 W. 49th Street, Hialeah, Florida 33012, (court@bankruptcyclinic.com), and Nancy K. Neidich, Chapter 13 Trustee, POB 279806, Miramar, Florida 33027; and to all other parties subject to receiving service by the Court's CM/ECF notifications procedures.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

    SIEGFRIED RIVERA
    Attorneys for Association
    201 Alhambra Circle, 11th Floor
    Coral Gables, FL 33134
    Telephone: 305-442-3334
    Fax:  305-443-3292
    jberlowitz@siegfriedrivera.com
    BY:/s/ Jeffrey S. Berlowitz, Esquire
    JEFFREY S. BERLOWITZ, ESQUIRE
    Florida Bar No. 963739